# EXHIBIT A

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

| | |
|---|---|
| IN THE STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHARLESTON<br><br>JUSTIN FULCHER and RINGMD USA, INC.,<br>Plaintiff,<br><br>vs.<br><br>FORBES MEDIA, LLC,<br><br>Defendants. | IN THE COURT OF COMMON PLEAS<br>FOR THE NINTH JUDICIAL CIRCUIT<br><br>CASE NO.:  2025-CP-10-_____<br><br><br>**SUMMONS**<br>**(Jury Trial Demanded)** |

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to Answer the Complaint in this action, a copy of which is hereby served upon you, and to serve a copy of your Answer to the said Complaint upon Plaintiff, through their undersigned attorney, Barrett R. Brewer, Esquire at P.O. Box 1847, Mount Pleasant, SC 29465 within thirty (30) days after the service hereof exclusive of the day of such service; and if you fail to Answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

*Signatures on Following Page*

1

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

BREWER LAW FIRM, LLC


*/s/ Barrett R. Brewer*
Barrett R. Brewer, Esq. (S.C. Bar No. 70378)
P.O. Box 1847
510 Mill Street #2B (29464)
Mount Pleasant, SC 29465
o: (843) 779-7454
f: (843) 779-7456
e: barrett@brewerlawfirmsc.com

Attorneys for the Plaintiff Fulcher

            And


NELSON MULLINS RILEY &
SCARBOROUGH LLP


*/s/ Merritt G. Abney*
Merritt G. Abney, Esq. (SC Bar No. 71893)
E-Mail: merritt.abney@nelsonmullins.com
Ashton Jenne, Esq. (SC Bar No. 107656)
E-Mail: ashton.jenne@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

Attorneys for Plaintiff RingMD, USA Inc.

2

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

| | |
|---|---|
| IN THE STATE OF SOUTH CAROLINA<br>COUNTY OF CHARLESTON | IN THE COURT OF COMMON PLEAS<br>FOR THE NINTH JUDICIAL CIRCUIT |
| JUSTIN FULCHER and RINGMD, USA INC., | COMPLAINT<br><br>JURY TRIAL DEMANDED |
| *Plaintiffs,* | |
| v. | |
| FORBES MEDIA LLC, | |
| *Defendant.* | |

## INTRODUCTION TO COMPLAINT

1.    This is a complaint for defamation brought by Plaintiffs Justin Fulcher ("Fulcher") and RingMD, USA Inc. ("RingMD USA") (collectively, Plaintiffs), who suffered significant damage as a result of a false and defamatory article written by David Jeans and published by Defendant Forbes Media LLC ("Forbes" or "Defendant"), entitled "A Top Pentagon DOGE Official Looks Like A Successful Founder. His Story Doesn't Always Add Up" (the "Article").

2.    The Article falsely alleges that Fulcher ran a Singapore-based telehealth company (RingMD) that went bankrupt. However, RingMD USA's Singaporean predecessor never filed for bankruptcy and publicly available records reviewed by Forbes confirm that it was solvent at the time it wound up its operations in Singapore and moved to the United States. Indeed, RingMD USA has been successful and had entered into several lucrative, multi-million dollar contracts before publication of the Article.

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

3.      The Article also falsely claims that Fulcher falsely represented his educational credentials.  Fulcher is currently a graduate student at Johns Hopkins University, just as he claimed to be, and the Article falsely alleged that he engaged in academic fraud or resume inflation, which is completely baseless.   In doing so, Forbes intentionally distorted a quote from the Registrar of Johns Hopkins to lead readers to believe that Fulcher lied about attending Johns Hopkins, when in reality, the Registrar merely informed Forbes that it could not confirm he was a student (due to privacy restrictions under Federal law).

4.      The information necessary to confirm the true facts was readily available to Forbes but they consciously disregarded this information in publishing the Article, because doing so would interfere with their ability to publish the "hit piece" they wanted to publish.

5.      As discussed herein, the defamatory statements in the Article directly resulted in Plaintiffs' loss of significant business opportunities that would have otherwise been received by them.

## **PARTIES**

6.      Plaintiff Fulcher is an individual and the founder of and an executive at RingMD USA.  At all relevant times he was domiciled in Charleston County, South Carolina.

7.      Plaintiff RingMD USA is a corporation incorporated under the laws of Delaware and with its principal place of business in Charleston County, South Carolina.

8.      On information and belief, Defendant Forbes is a corporation incorporated under the laws of Delaware and with its principal place of business in Jersey City, New Jersey.

9.      Jurisdiction and venue are proper in Charleston County, South Carolina.

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

## FACTUAL ALLEGATIONS

10. Forbes published the Article on Forbes' website at https://www.forbes.com/sites/davidjeans/2025/03/04/pentagon-doge-official-justin-fulcher/.

11. The Article contains numerous defamatory statements of and concerning Plaintiffs. These include:

   a. "Justin Fulcher ran a telehealth startup that went bankrupt…and appears to have overstated his credentials."

   b. "But a closer examination of Fulcher's career also suggests his accomplishments don't always add up…"

   c. "Fulcher's Singapore-based telehealth company, RingMD, for instance, went bankrupt after he raised more than $10 million from investors."

   d. "On his LinkedIn, Fulcher also claims a doctorate of international relations and affairs from Johns Hopkins School of Advanced International Studies. But John Bates, who oversees student records at the university told *Forbes* that 'we have no record of this individual as a student.'"

   e. "But in 2018, RingMD…went bankrupt…"

   f. "[A third party's] investment helped re-launch the bankrupt RingMD in the U.S.…"

12. These statements are false and defamatory.

13. With respect to the solvency of RingMD, the true facts are that neither RingMD USA nor its Singaporean predecessor have ever been placed in bankruptcy. Public information, readily available to, and, on information and belief, reviewed by, Forbes confirms that RingMD USA's Singaporean predecessor was solvent at the time it was wound down and, at the time of the

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

Article's publication, RingMD USA was successful and continuing to enter into lucrative, multi-million dollar contracts for its services.

14.    RingMD USA's Singapore-based predecessor entity had transferred its assets through Singaporean legal procedure for solvent companies. This was not a bankruptcy proceeding and indeed, in order for it to be invoked, the company was required to, and did, show that it could meet its obligations within 12 months.

15.    Fulcher is a student in the Doctor of International Affairs program at the Paul H. Nitze School of Advanced International Studies in Washington, D.C., and is expected to graduate from this program next year. Forbes received a message that the school could not confirm Fulcher's academic status (due to privacy protections), and deliberately and deceptively misquoted that message as if the school was denying that Fulcher was a student in the program, by falsely attributing the following quote to John Bates: "we have no record of this individual as a student." The true statement by Mr. Bates was that the University "is not able to confirm the named individual is or was a student."

16.    The Article has damaged Plaintiffs. For instance, Fulcher was in the latter stages of negotiating an advisory/consulting agreement with a venture capital-backed firm, which could have yielded Fulcher up to $12 million in total cash and equity compensation. These negotiations were terminated once Fulcher's counter-parties learned of the Article.

17.    Fulcher also negotiated an advisory/consulting agreement with an AI company, which could have yielded Fulcher up to $1.6 million in total equity compensation. These negotiations were terminated once the AI company learned of the Article and questioned Fulcher about the false claims therein.

18.    Fulcher was also negotiating a potential agreement with a technology venture which could have yielded Fulcher more than $6 million in equity compensation. These negotiations were terminated once the counter-parties learned of the Article.

### FOR A FIRST CAUSE OF ACTION
**(Defamation)**

19.    Plaintiffs re-allege and incorporate the allegations in paragraphs 1 through 18 as though fully set forth herein.

20.    The Article contained false statements which had the tendency to, and actually did, cause damage to Plaintiffs.

21.    The false statements were of and concerning Plaintiffs.

22.    The false publications and statements were defamatory *per se* because they constitute libel and tended to damage Plaintiffs in their trade and profession, and also caused special damages as alleged herein.

23.    Forbes acted with at least reckless disregard for the truth, by consciously disregarding readily available information that showed that what they were publishing was at least highly likely to be false. Among other things, publicly available records from the Republic of Singapore reflect that RingMD Pte. Ltd. (Ring MD USA's predecessor) was voluntarily wound up by its members, and that this process is used when a company is solvent as opposed to insolvent. The Story also contains an intentionally distorted quote attributed to the person "who oversees student records" at Johns Hopkins. Further, Fulcher was given two (2) business hours to comment on the Story, which is not reasonable, particularly since Forbes knew that he was working around-the-clock during that time. Had Fulcher been afforded a reasonable amount of time to respond, he could have advised Forbes of the numerous false statements in Story and provided records to establish their falsity.

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

24. As a direct and proximate cause of Defendant's false and libelous publications, Plaintiffs jointly have suffered presumed general damages, damages to reputation and character, financial loss, and, as to Plaintiff Fulcher, damages related to mental anxiety, stress, embarrassment and humiliation.

25. Defendant's conduct was willful, wanton, and/or reckless, entitling Plaintiffs to an award of punitive damages.

## FOR A SECOND CAUSE OF ACTION
### (Injunctive Relief)

26. Plaintiffs re-allege and incorporate the allegations in paragraphs 1 through 18 as though fully set forth herein.

27. Plaintiffs request a permanent injunction against Defendant publishing further false and defamatory statements about Plaintiffs, regarding the same or substantially similar prior publications referenced above in order to prevent further damage and harm to Plaintiff's reputation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

a. For presumed general, actual and compensatory damages according to proof;

b. For punitive damages;

c. For a permanent injunction against publication of the defamatory statements in the Article;

d. For costs of suit; and

e. For such other and further relief as the Court deems appropriate.

**SIGNATURE BLOCK NEXT PAGE**

BREWER LAW FIRM, LLC


/s/ Barrett R. Brewer
Barrett R. Brewer, Esq. (SC Bar No. 70378)
P.O. Box 1847
510 Mill Street #2B (29464)
Mount Pleasant, SC 29465
o: (843) 779-7454
f: (843) 779-7456
e: barrett@brewerlawfirmsc.com

Attorneys for the Plaintiff Fulcher

And


NELSON MULLINS RILEY &
SCARBOROUGH LLP


/s/ Merritt G. Abney
Merritt G. Abney, Esq. (SC Bar No. 71893)
E-Mail: merritt.abney@nelsonmullins.com
Ashton Jenne, Esq. (SC Bar No. 107656)
E-Mail: ashton.jenne@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

Attorneys for Plaintiff RingMD, USA Inc.

ELECTRONICALLY FILED - 2026 Mar 03 5:38 PM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

## Certificate of Electronic Notification

| Recipients |
|---|
| **Merritt Abney** - Notification transmitted on 03-04-2026 09:40:38 AM. |
| **Barrett Brewer** - Notification transmitted on 03-04-2026 09:40:38 AM. |

ELECTRONICALLY FILED - 2026 Mar 04 9:40 AM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146

****** IMPORTANT NOTICE - READ THIS INFORMATION *****
## NOTICE OF ELECTRONIC FILING [NEF]

–

**A filing has been submitted to the court RE:** 2026CP1001146

**Official File Stamp:**          03-04-2026 09:40:10 AM

**Court:**          CIRCUIT COURT

Common Pleas

Charleston

**Case Caption:**          Justin Fulcher , plaintiff, et al VS Forbes Media Llc

**Event(s):**

Notice/Notice of Appearance          **Filed by or on behalf of:**

Myra Ashton Jenne

This notice was automatically generated by the Court's auto-notification system.

–

**The following people were served electronically:**

Barrett Ray Brewer for Justin Fulcher

Merritt Gordon Abney for Justin Fulcher et al

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**

Forbes Media Llc

ELECTRONICALLY FILED - 2026 Mar 04 9:40 AM - CHARLESTON - COMMON PLEAS - CASE#2026CP1001146